**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01570-GPG

**GREGORY PAUL FRYE**,

    Plaintiff,

v.

**DANIEL MAY**, El Paso County District Attorney;
**EL PASO COUNTY DISTRICT COURT**; and
**COLORADO COURT OF APPEALS**,

    Defendants.

---

**JUDGMENT**

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 29, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 29 day of July, 2015.

                                          FOR THE COURT,

                                          JEFFREY P. COLWELL, Clerk

                                          By: s/  A. García Gallegos

                                          Deputy Clerk